

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Hall, Cynthia H | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 05/25/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 125 S. Grand Avenue, Suite 603 Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

RECEIVED 2006 JUN -8 A 11: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LBO INVESTMENT PARTNSERSHIP | A | Interest | K | T | | | | | |
| 2. FEDERATED MONEY MARKET (RBC) | A | Dividend | | | | | | | Note #4 on Part VIII |
| 3. BANK OF AMERICA PASADENA, CA CHECKING | A | Interest | J | T | | | | | |
| 4. BREITBURN ENERGY CO | A | Interest | J | W | | | | | |
| 5. IRA - RBC (AGGREGATE) | | | | | | | | | Note #1 on Part VIII |
| 6. PUBLIC STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 7. SOVRAN SELF STORAGE | | | | | | | | | Note #1 on Part VIII |
| 8. NEW PERSPECTIVE FUND INC | E | Dividend | N | T | | | | | Note #4 on Part VIII |
| 9. FUNDAMENTAL INVESTORS INC | E | Dividend | P1 | T | | | | | Note #4 on Part VIII |
| 10. EURO PACIFIC GROWTH FUND | E | Dividend | O | T | | | | | Note #4 on Part VIII |
| 11. BURBANK GLENDALE PASADENA ARPT AUTH | A | Interest | | | REDEMPTION | 6/23 | K | | |
| 12. PLEASANT HILL CA MFMR RFDG HSG DUE 2020 | B | Interest | | | SELL | 8/03 | K | A | |
| 13. WORLD FDS INC | | None | J | T | | | | | |
| 14. PAYDEN INVT GROUP | E | Dividend | | | SELL | 8/22 | O | A | |
| 15. VANGUARD INDEX | B | Dividend | M | T | PARTIAL SALE | 8/19 | M | E | |
| 16. EMDEON CORPORATION (formerly WEBMD CORP) | | None | J | T | NAME CHANGE | 10/20 | | | Note #5 on Part VIII |
| 17. MONEY MARKET (Ameritrade) | C | Interest | N | T | | | | | Note #4 on Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LA CA MUNI IMP SERIES D DUE 2008 | B | Interest | | | SELL | 8/03 | L | B | |
| 19. LA CO CA MTA - PROP A DUE 2011 | B | Interest | | | SELL | 8/03 | L | C | |
| 20. SAN JOSE CA REDEV MERGED AREA DUE 2017 | B | Interest | | | SELL | 8/03 | K | B | |
| 21. GLENDALE CA USD GEN OBLIG SER B DUE 2018 | A | Interest | | | SELL | 8/03 | K | C | |
| 22. UNIV OF CA (UC DAVIS MC) SER 1996 DUE 2024 | C | Interest | | | SELL | 8/03 | L | C | |
| 23. GOLDMAN SACHS GRP | A | Dividend | J | T | | | | | |
| 24. MORGAN ST COM | A | Dividend | J | T | | | | | |
| 25. LANOPTICS LTD | | None | J | T | | | | | |
| 26. JONES APPAREL GROUP INC | A | Dividend | J | T | | | | | |
| 27. MTR GAMING GROUP INC | | None | J | T | | | | | |
| 28. SAN FRANCISCO CA BAY AREA RTD DUE 2021 | D | Interest | | | SELL | 08/03 | M | C | |
| 29. POWAY REDEV AGY (PAGUAY REDEV PROJ) DUE 2022 | B | Interest | | | SELL | 8/03 | M | C | |
| 30. LOS ANGELES CA USD SER B DUE 2023 | D | Interest | | | SELL | 8/03 | N | D | |
| 31. CALIF COMMUNITY COLLEGE FIN AUTHORITY BONDS DUE 2015 | B | Interest | | | SELL | 8/03 | M | B | |
| 32. CALIF COMMUNITY COLLEGE FIN AUTHORITY BONDS DUE 2019 | A | Interest | | | SELL | 8/03 | K | B | |
| 33. IRA (AT) (In Aggregate) NUVEEN QUAL PREF INC FUND | | | | | | | | | Note #1 & #6 on Part VIII |
| 34. IRA (RBC) (In Aggregate) CITIGROUP INC LITIGATION WTS | | | | | WARRENTS EXC | 4/28 | | | Note #3 on Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (Ameritrade) NEW CENTURY FIN CORP COM | A | Dividend | J | T | | | | | |
| 36. UST INC COM | B | Dividend | K | T | | | | | |
| 37. COUNTRYWIDE FINANCIAL CORP COM | A | Dividend | J | T | | | | | |
| 38. FEDERAL HOME LOAN MTG CORP COM | A | Dividend | J | T | | | | | |
| 39. OCCIDENTAL PETE CORP DEL COM | A | Dividend | J | T | PARTIAL SALE | 10/03 | J | C | |
| 40. PFIZER | A | Dividend | | | SELL | 10/24 | J | | |
| 41. QUICKSILVER INC COM | | None | J | T | BUY | 10/24 | J | | |
| 42. VICRO MFG CO COM | | None | J | T | | | | | |
| 43. IRA (AT) (In Aggregate) NUVEEN PREF & CONV INC FUND 2 | | | | | | | | | Note #1 & #6 on Part VIII |
| 44. CONTRA COSTA CA WTR REV, 5.5%, DUE 10/01/13 | C | Interest | | | SELL | 8/03 | M | B | |
| 45. CULVER CITY CA REDEV AGY, 4.75%, DUE 11/01/13 | B | Interest | | | SELL | 8/03 | L | B | |
| 46. CA COMMUNITY COLLEGE UNREF BAL BONDS, 4.625%, DUE 10/01/19 | A | Interest | | | SELL | 8/03 | K | B | |
| 47. IRA (AT) (In Aggregate) PREFERREDPLUS TRUST COOPER | | | | | NAME CHANGE | 8/12 | | | Note #1 & #7 on Part VIII |
| 48. IRA (AT) (In Aggregate) TAMARACK INVT FDS PRIME | | | | | | | | | Note #1-2 & 6 on Part VIII |
| 49. BAY AREA GOVT ASSN CA 4.5%, DUE 2015 | B | Interest | | | SELL | 8/03 | K | A | |
| 50. CA STATE RFDG BONDS, 4.375%, DUE 2016 | B | Interest | | | SELL | 8/03 | L | A | |
| 51. SAN FRANCISCO CA BAY AREA | C | Interest | | | SELL | 8/03 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| RTD, 5.25%, DUE 2016 | | | | | | | | | |
| 52. K-SWISS | A | Dividend | J | T | | | | | |
| 53. PHOENIX FOOTWEAR GROUP | | None | J | T | | | | | |
| 54. SARA LEE | A | Dividend | J | T | | | | | |
| 55. SUNCOR INC | A | Dividend | J | T | PARTIAL SALE | 10/03 | J | C | |
| 56. PLUM CREEK TIMBER | A | Dividend | J | T | | | | | |
| 57. ALCOA | A | Dividend | J | T | | | | | |
| 58. PAULA FINANCIAL | A | Dividend | J | T | | | | | |
| 59. UNITED GUARDIAN INC | A | Dividend | | | SELL | 8/18 | J | A | |
| 60. AMERICAN PHYSICIANS SVCS | A | Dividend | J | T | | | | | |
| 61. VANGUARD CALIF TAX FREE - INSD L TRM | E | Dividend | P1 | T | BUY | 8/22 | P1 | | |
| 62. VANGUARD CALIF TAX FREE - CALIF MONEY MKT | C | Dividend | O | T | BUY | 8/24 | O | | |
| 63. HANSEN NATURAL CORP | | None | J | T | BUY | 5/12 | J | | |
| 64. IRIS INTERNATIONAL INC COM | | None | J | T | BUY | 5/12 | J | | |
| 65. IRA (RBC) (In Aggregate) CITIGROUP INC | | | | | BUY | 4/28 | J | | Note #3 on Part VIII |
| 66. | | | | | SELL | 6/20 | J | | |
| 67. IRA AMERITRADE (AGGREGATE) | C | Dividend | K | T | | | | | Note #1 & #2 on Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. IRA (AT) (In Aggregate) MONEY MARKET FUND | | | | | | | | | Note #2 on Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

#1) IRA RBC (AGGREGATE) account closed on 8/12. Cash and securites of lines 6 (PUBLIC STORAGE INC), 7 (SOVRAN SELF STORAGE), 33 (IRA AT In Aggregate NUVEEN QUAL PREF INC FUND), 43 (IRA AT In Aggregate NUVEEN PREF & CONV INC FUND 2), 47 (IRA AT In Aggregate PREFERREDPLUS TRUST COOPER), and 48 (IRA AT In Aggregate TAMARACK INVT FDS PRIME) transferred to IRA AMERITRADE (AGGREGATE), line 67. Annual dividends and market value for all cash and securities mentioned above are presented in aggregate under line 67 (IRA AMERITRADE AGGREGATE).

#2) The TAMARACK INVST FDS PRIME (a money market fund) was closed when transferred to the IRA AMERITRADE account and put to the AMERITRADE Money Market account. AMERITRADE Money Market value and income included under line 67 (IRA AMERITRADE AGGREGATE).

#3) CITIGROUP Warrents (line 34) Excercised to purchase shares of CITIGROUP INC (line 65).

#4) On Part VII, lines 8 (NEW PERSPECTIVE FUND INC), 9 (FUNDAMENTAL INVESTORS INC), and 10 (EURO PACIFIC GROWTH FUND) were transfered from RBC to Ameritrade on 8/17 and the RBC account was closed. Line 2 (FEDERATED MONEY MARKET (RBC)) gross value was transfered to line 17 MONEY MARKET (Ameritrade).

#5) On Part VII, line 16, WEBMD CORP name changed to EMDEON CORPORATION.

#6) First portion of name changed from: IRA (RBC) to IRA (AT).

#7) On Part VII, line 47, IRA (RBC) (In Aggregate) PPLUS FOR FAF FIRST AMERICAN CORP name changed to IRA (AT) (In Aggregate) PREFERREDPLUS TRUST COOPER.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date  _5-31-06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544